PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Edward M Ha      Cr.: 14-00676-001
    PACTS #: 59169

Name of Sentencing Judicial Officer:    THE HONORABLE KATHARINE S. HAYDEN
    SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/19/2016

Original Offense:    Conspiracy to commit bank fraud.

Original Sentence: 36 months probation

Special Conditions: Five months Location Monitoring Program, New Debt Restrictions, $100 Special Assessment, and $1,010,000 in Restitution.

Type of Supervision: Probation     Date Supervision Commenced: 01/19/2016

## STATUS REPORT

Mr. Ha currently resides in River Edge, New Jersey, and he has been self-employed as a CPA since November 2014. We believe that Mr. Ha has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $8,250 towards the restitution balance. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit, for the collection of any outstanding criminal monetary penalties.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Ha's term of supervision to expire as scheduled on January 18, 2019.

Respectfully submitted,

*Michelle Siedzik*

By: Michelle A Siedzik
    U.S. Probation Officer
Date: 10/16/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time – Supervision to Expire on January 18, 2019.

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

10/18/18
Date